**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 23-6201**

───────────────

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

LARRY JAMES WILLIAMS,

              Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  Joseph R. Goodwin, District Judge.  (2:20-cr-00129-1)

───────────────

Submitted:  July 20, 2023                        Decided:  July 25, 2023

───────────────

Before NIEMEYER and THACKER, Circuit Judges, and KEENAN, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Larry James Williams, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry James Williams appeals the district court's orders denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release and denying his motion for reconsideration. We review a district court's denial of a compassionate release motion for abuse of discretion. *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021). We have reviewed the record and conclude that the district court did not abuse its discretion and sufficiently explained the reasons for the denial. Accordingly, we affirm the district court's orders. *United States v. Williams*, No. 2:20-cr-00129-1 (S.D.W. Va. Jan. 13 & Feb. 14, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*